1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
JONATHAN D. MARTIN, SBN 188744
2 |   E-Mail: Jonathan.Martin@lewisbrisbois.com
333 Bush Street, Suite 1100
3 | San Francisco, California 94104-2872
Telephone: 415.362.2580; Facsimile: 415.434.0882
4 |
**ELLIOTT GREENLEAF & SIEDZIKOWSKI, P.C.**
5 | MARY E. KOHART (pro hac vice to be filed)
  E-Mail: mek@elliottgreenleaf.com
6 | GREGORY S. VOSHELL (pro hac vice to be filed)
  E-Mail: gsv@elliottgreenleaf.com
7 | MICHELLE L. MODERY (pro hac vice to be filed)
  E-Mail: mlm@elliottgreenleaf.com
8 | 925 Harvest Drive, Suite 300
Blue Bell, Pennsylvania 19422
9 | Telephone: 215.977.1000; Facsimile: 215.977.1099

10 | Attorneys for Defendant
HIGHER LEARNING COMMISSION
11 |
**PERKINS COIE LLP**
12 | BRIAN P. HENNESSY, SBN 226721
  E-Mail: bhennessy@perkinscoie.com
13 | J. PATRICK CORRIGAN, SBN 240859
  E-Mail: pcorrigan@perkinscoie.com
14 | 3150 Porter Drive
Palo Alto, CA 94304-1212
15 | Telephone: 650.838.4401; Facsimile: 408.841.7191

16 | Attorneys for Plaintiff
IVY BRIDGE UNIVERSITY, LLC f/k/a
17 | Ivy Bridge College, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVY BRIDGE UNIVERSITY, LLC f/k/a Ivy Bridge College, LLC, | CASE NO. 3:15-cv-02187-JCS |
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |
| vs. | |
| HIGHER LEARNING COMMISSION., et al., | |
| Defendant. | |

**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

Pursuant to Local Rule 6-1, Plaintiff Ivy Bridge University, LLC f/k/a Ivy Bridge College, LLC, by and through its counsel, and Defendant Higher Learning Commission, by and through its counsel, hereby stipulate that Defendant Higher Learning Commission's time to answer, move, or otherwise respond to the Complaint shall be extended to July 13, 2015.

DATED: June 11, 2015          LEWIS BRISBOIS BISGAARD & SMITH LLP

                              By:      /s/
                                    Jonathan D. Martin
                                    Attorneys for Defendant
                                    HIGHER LEARNING COMMISSION

DATED: June 12, 2015          PERKINS COIE, LLP

                              By:      /s/
                                    J. Patrick Corrigan
                                    Attorneys for Plaintiff
                                    IVY BRIDGE UNIVERSITY, LLC f/k/a
                                    Ivy Bridge College, LLC

DATED: June 12, 2015          ELLIOTT GREENLEAF & SIEDZIKOWSKI, P.C.

                              By:      /s/
                                    Mary E. Kohart (pro hac vice to be filed)
                                    Attorneys for Defendant
                                    HIGHER LEARNING COMMISSION

**FILER'S ATTESTATION**

I, Jonathan D. Martin, am the ECF user whose identification and password are being used to file this JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT.  In compliance with General Order 45.X.B, I hereby attest that the above-named signatories concur in this filing.

DATED: June 12, 2015

By: _____/s/_____
Jonathan D. Martin
Attorney for Defendant
HIGHER LEARNING COMMISSION

Dated: June 16, 2015



IT IS SO ORDERED
Judge Joseph C. Spero